THOMAS C. KELLOGG, as Administrator with the Will Annexed of the Estate of DANIEL KELLOGG, Deceased, Appellant, v. JOHN L. KELLOGG, as Administrator de Bonis Non of the Estate of PAULINA W. KELLOGG, Deceased, Respondent.

*Kellogg* v. *Kellogg*, 169 App. Div. 395, affirmed.

(Argued May 16, 1918; decided October 1, 1918.)

APPEAL from a judgment, entered February 24, 1916, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The plaintiff in his complaint asked that defendant be required to account for the proceeds of certain properties alleged to have been transferred to or acquired by Paulina W. Kellogg belonging to the estate of Daniel Kellogg, with the profits and income therefrom, and particularly for profits accruing from the sale of timber land in Wisconsin, alleged to have been bought with funds belonging to the estate. The answer contained a general denial and set up as a defense the Statute of Limitations.

*Nathan L. Miller, Charles W. Andrews* and *George Barrow* for appellant.

*John D. Teller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Taking no part: ANDREWS, J.